Steven D. Hemminger (State Bar No. 110665)
**ALSTON + BIRD LLP**
275 Middlefield Road Suite 150
Menlo Park, CA 94025-4008
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: steve.hemminger@alston.com

Patrick J. Flinn (State Bar No. 104423)
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email:  patrick.flinn@alston.com

*Attorneys for Petitioners Nokia Corp. and Nokia Inc.*

VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
NICOLE M. SMITH (CA SBN 189598)
NSmith@mofo.com
MORRISON & FOERSTER LLP
555 West 5th Street
Suite 3500
Los Angeles, CA 90013
Telephone:  213.892.5200
Facsimile:  213.892-5454

BRADLEY S. LUI (CA SBN 143088)
BLui@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, D.C. 20006-1888
Telephone:  202.887.1500
Facsimile:  202.887-0763

*Attorneys for Respondents
Research In Motion Limited and Research in Motion Corporation*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Petition to Confirm Arbitration Award Between NOKIA CORPORATION, a Finnish corporation, and NOKIA INC., a Delaware corporation,<br><br>                Petitioners,<br><br>       v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation, and RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>                Respondents. | Case No.:  C 12-05992 PSG<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REDACTED AGREEMENT  UNDER LOCAL RULE 6-1(b) AND [PROPOSED] ORDER** |

WHEREAS, Petitioners Nokia Corporation and Nokia Inc. ("Nokia") filed a petition to confirm an international arbitration award on November 26, 2012.

WHEREAS, on November 27, 2012, Nokia moved to file the underlying patent license agreement under seal.

WHEREAS, the Court denied-in-part Nokia's motion to seal on December 7, 2012, and ordered Nokia to file a proposed redacted version of the license agreement by December 18, 2012.

WHEREAS, the parties have agreed to work together to file a redacted license agreement pursuant to the Court's order by January 15, 2013.

WHEREAS, this agreement does not otherwise have an impact on the date of any other event or deadline already fixed by Court Order.

WHEREAS, the undersigned declare that this extension will allow the parties to confer on the redactions of the agreement consistent with the Court's prior order. This extension of time is not being interposed for purposes of delay or improper reason and will not have an impact on the procedural schedule of the case. The parties have previously stipulated to extending the time for Research in Motion Corporation to respond to Nokia's Petition by two days, allowing Research in Motion Corporation to answer on December 20, 2012.

NOW THEREFORE, the above-named parties, by and through undersigned counsel, pursuant to Civil Local Rule 6-1(b), subject to the Court's approval, hereby stipulate that Nokia is permitted to file a redacted version of the license agreement by January 15, 2013.

DATED: December 18, 2012

ALSTON & BIRD LLP

By: */s/ Steven D. Hemminger*
Steven D. Hemminger (State Bar No. 110665)
**ALSTON + BIRD LLP**
275 Middlefield Road Suite 150
Menlo Park, CA 94025-4008
Telephone: 650-838-2000
Facsimile: 650-838-2001

STIPULATION FOR EXTENSION OF TIME     1     Case No. C 12-05992 PSG

| | |
|---|---|
| 1 | steve.hemminger@alston.com |
| 2 | Patrick J. Flinn (State Bar No. 104423)<br>**ALSTON + BIRD LLP** |
| 3 | One Atlantic Center<br>1201 West Peachtree Street |
| 4 | Atlanta, GA 30309-3424<br>Telephone: 404-881-7000 |
| 5 | Facsimile: 404-881-7777<br>patrick.flinn@alston.com |
| 6 | |
| 7 | *Attorneys for Petitioners Nokia Corp. & Nokia Inc.* |
| 8 | DATED:  December 18, 2012 |
| 9 | MORRISON & FOERSTER LLP |
| 10 | |
| 11 | By:*/s/ Nicole M. Smith*<br>Vincent J. Belusko |
| 12 | |
| 13 | VINCENT J. BELUSKO (CA SBN 100282)<br>VBelusko@mofo.com |
| 14 | NICOLE M. SMITH (CA SBN 189598)<br>NSmith@mofo.com |
| 15 | MORRISON & FOERSTER LLP<br>555 West 5th Street |
| 16 | Suite 3500<br>Los Angeles, CA 90013 |
| 17 | Telephone:     213.892.5200<br>Facsimile:      213.892-5454 |
| 18 | BRADLEY S. LUI (CA SBN 143088) |
| 19 | BLui@mofo.com<br>MORRISON & FOERSTER LLP |
| 20 | 2000 Pennsylvania Avenue, NW<br>Suite 6000 |
| 21 | Washington, D.C. 20006-1888<br>Telephone:     202.887.1500 |
| 22 | Facsimile:      202.887-0763 |
| 23 | JAMES M. SCHURZ (CA SBN 145874)<br>JSchurz@mofo.com |
| 24 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 25 | San Francisco, CA 94105-2482<br>Telephone:     415.268.7000 |
| 26 | Facsimile:      415.268.7522 |
| 27 | *Attorneys for Respondents Research in Motion Ltd. and Research in Motion Corp.* |
| 28 | |

STIPULATION FOR EXTENSION OF TIME        2        Case No. C 12-05992 PSG

1
2  <u>FILER'S ATTESTATION OF CONCURRENCE BY SIGNATORY</u>
3  I, Steven D. Hemminger, counsel for Nokia, hereby attest that I have obtained the
4  concurrence of Nicole M. Smith in the filing of this document.
5
6  By: <u>*/s/ Steven D. Hemminger*</u>
   Steven D. Hemminger (State Bar No. 110665)
7
8  PURSUANT TO STIPULATION, IT IS SO ORDERED.
9
10                                                          December 19, 2012
   By: <u>[signature: Paul S. Grewal]</u>
11 The Hon. Magistrate Judge Grewal